UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BRAZZELL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLENTOWN POLICE DEPARTMENT, et al. | : | NO. 17-4985 |
| Defendants. | : | |

# O R D E R

AND NOW, this 15th day of December, 2017, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 3) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED without prejudice for the reasons stated in the Court's Memorandum.

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order. If he chooses to file an amended complaint, plaintiff shall list all defendants in the caption of the amended complaint as well as in the body of the amended complaint, and shall specify how each defendant was responsible for violating his rights. Upon the filing of an amendment the Clerk shall not make service until so ORDERED.

4. If plaintiff fails to file an amended complaint, this case may be dismissed without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
**JOSEPH F. LEESON, JR.**
**United States District Judge**